# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00130-CV

**Pattie Pearson, Appellant**

**v.**

**Mercedes Benz of Austin, LLC; and Mercedes Benz, USA, LLC, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-24-003327, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due March 19, 2026. She filed a non-compliant brief March 24, 2026. On May 29, 2026, this Court sent a notice to appellant informing her that neither the corrected brief nor a motion for extension of time had been filed and that failure to file a satisfactory response by June 8, 2026, could result in the dismissal of this appeal for want of prosecution. To date, appellant has filed no corrected brief, motion for extension of time, nor any response to the Court's notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed for Want of Prosecution

Filed: July 16, 2026